DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRISCILA D. FORSBERG** and **CARLOS CARDONA,**
Appellants,

v.

**REAL TIME RESOLUTIONS, INC.,**
Appellee.

No. 4D2023-0549

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE21-018881.

Edward M. Shahady of Edward M. Shahady, P.A., Fort Lauderdale, for appellants.

Victor H. Veschio of Gibbons | Neuman, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***